# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEANNE KNEZEL,

    Plaintiff,

v.                                        CASE NO. 8:19-cv-90-T-02TGW

WILMINGTON SAVINGS FUND SOCIETY FSB
and THE BANK OF AMERICA, N.A.,

    Defendants.
_____/

## O R D E R

This cause comes before the Court pursuant to Plaintiff's Suggestion of Bankruptcy (Dkt. 42). Plaintiff filed for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code on June 27, 2019. *Id.*, citing Case No. 8:19-bk-6072, pending in United States Bankruptcy Court for the Middle District. The suggestion asserts that "the Petition operates as a stay of the commencement or continuation of these proceedings." Without any additional information, the Court finds that binding legal authority supports a contrary conclusion.

The automatic stay provision provides that the filing of a bankruptcy petition operates as a stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding *against the debtor* that was or could

have been commenced before the commencement of the [bankruptcy] case[.]" 11 U.S.C. § 362(a)(1) (emphasis added).  Here, the debtor is the Plaintiff and not a Defendant, and neither Defendant has filed a counterclaim against Plaintiff.  Based on this information, the automatic stay of § 362 does not apply.  *See Thomas v. Blue Cross & Blue Shield Ass'n*, 333 F. App'x 414, 420 (11th Cir. 2009) (holding that debtor's counterclaim was not a claim against debtor and not subject to automatic stay); *Crosby v. Monroe Cty.*, 394 F.3d 1328, 1331 n.2 (11th Cir. 2004) (holding that § 362 stay "does not extend to lawsuits initiated by the debtor" and collecting cases).  If any party would like to stay this proceeding, it may file a motion to stay this action with supporting authority within thirty (30) days.

**DONE AND ORDERED** at Tampa, Florida, on July 29, 2019.

    s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record